IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BRIAN EUGENE BELFIELD,            )
                                  )
        Plaintiff,                )
v.                                )   Civil Action No. 3:18CV305–HEH
                                  )
SGT. HASH, *et al.*,              )
                                  )
        Defendants.               )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on June 1, 2018, the Court conditionally docketed Plaintiff's action. On June 18, 2018, United States Postal Service returned the June 1, 2018 Memorandum Order to the Court marked, "RETURN TO SENDER." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                    /s/
                          HENRY E. HUDSON
Date: July 24 2018        SENIOR UNITED STATES DISTRICT JUDGE
Richmond, Virginia